UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

MILTON L. KIRK, JR.,
a/k/a MELTON L. KIRK,

     **Petitioner,**

vs.


JONATHAN LEBO,

     **Respondent.**

JUDGMENT IN A CIVIL CASE



CASE NO: 15-1101-STA-egb

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Clerk To Modify Respondent, Denying § 2254 Petition, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on June 13, 2018, the Petition is Denied.




                         **APPROVED:**


**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 6/13/2018**         **THOMAS M. GOULD**
                         **Clerk of Court**


                         **s/Maurice B. BRYSON**

                    **(By)  Deputy Clerk**